**Fill out form and print 4 copies. Sign and date all copies and route as specified below.**

U.S. Department of Justice
United States Marshals Service



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

2010 JAN 13 A 9: 26

U.S. ... OFFICE
... MBIA

TO: Federal Bureau of Investigation
1000 Custer Hollow Road
Clarksburg, WV 26306

Civil Action, File Number  2010-0039 RJL

Juan Antonio Vazquez
v.
US Department of Justice, ET AL.

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within       days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within       days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

2010-0039         FBI    1-13-2010

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Bureau of Investigation
1000 Custer Hollow Road
Clarksburg, WV 26306

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  FBI CLARKSBURG, WV   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery  1-15-10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☑ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
Transfer from service label     7008 2810 0000 4705 3407

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

...icial)
...OMPLAINT
...omplaint in the above captioned

Authority to Receive

USM Form-299
Rev 10/03
Automated 10/03

**Fill out form and print 4 copies.  Sign and date all copies and route as specified below.**

U.S. Department of Justice
United States Marshals Service



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

RECEIVED
2010 JAN 13  A 9: 26
U.S. MARSHALS OFFICE
DISTRICT OF COLUMBIA

TO: National Crime Information Center
1000 Custer Hollow Road
Clarksburg, WV 26306

Civil Action, File Number 2010-0039 RJL

Juan Antonio Vazquez
v.
US Department of Justice, ET AL.

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

01/11/2010    2010-0039         FBI   1-13-2010

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  FBI CLARKSBURG WV  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  1-13-10 |
| 1. Article Addressed to:<br><br>National Crime Information Center<br>1000 Custer Hollow Road<br>Clarksburg, WV 26306 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☒ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7008 2810 0000 4705 3414 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

USM Form-299
Rev 10/03
Automated 10/03

(partial right-side text: PLAINT / plaint in the above captioned / hority to Receive)