UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN ANTONIO VAZQUEZ, pro se ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 10-0039 (RJL) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Jennifer Olkiewicz as counsel for the Defendants in the above-captioned case.

Respectfully submitted,

/s/ Jennifer M. Olk
JENNIFER OLKIEWICZ
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4407
Washington, D.C. 20530
(202) 514-7185
Jennifer.olkiewicz@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2010, I caused the foregoing Notice of Appearance to be served on *pro se* Plaintiff, **Juan Antonio Vazquez**, via pre-paid postage addressed as follows:

Juan Antonio Vazquez
Texarkana FCI
P.O. Box 7000
Texarkana, TX 75505-7000

/s/
JENNIFER OLKIEWICZ
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4407
Washington, D.C. 20530
(202) 514-7185
Jennifer.olkiewicz@usdoj.gov