UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUAN ANTONIO VAZQUEZ, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-0039 (RJL) ECF |
| U.S. DEPARTMENT OF JUSTICE, *ET AL.* | ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time up to and including **March 15, 2010**, to file an answer, move, or otherwise respond to Plaintiff's Complaint.  Defendants' answer or other response is currently due February 12, 2010.  This is Defendants' first request for an enlargement of time.  Good cause exists to grant this motion.

1. The undersigned requests the additional time to obtain the necessary information and materials from agency counsel, who has just recently been assigned to this matter.

2. The recent closure of the federal government in the Washington, D.C. area due to inclement weather has further delayed the process of obtaining the required materials from agency counsel.

3. This request is not for purposes of delay, but is necessary for Defendants to be able to adequately address the allegations in the complaint.

4. Since Plaintiff is incarcerated, the undersigned is not required to confer with Plaintiff about this Motion under LCvR 7(m).

5.  A proposed order is attached.

February 12, 2009                    Respectfully submitted,


   /s/
CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney


   /s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


   /s/
JENNIFER M. OLKIEWICZ
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, NW
Washington, D.C. 20530
202-514-7185

## CERTIFICATE OF SERVICE

**I  HEREBY CERTIFY** that on this 12th day of February 2010, a true and correct copy of the foregoing Motion for an Enlargement of Time Within Which To Answer, Move, or Otherwise Respond was served upon Plaintiff by first class United States mail, postage prepaid marked for delivery to:

Juan Antonio Vazquez
Texarkana FCI
P.O. Box 7000
Texarkana, TX 75505-7000

_____/s/_____
JENNIFER M. OLKIEWICZ
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W.
Civil Division
Washington, D.C.  20530
(202) 514-7185

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUAN ANTONIO VAZQUEZ,           )<br>                                 )<br>            Plaintiff,            )<br>    v.                           )<br>                                 )<br>U.S. DEPARTMENT OF JUSTICE, *ET AL*.  )<br>                                 )<br>            Defendants.           )<br>_____) | Civil Action No. 10-0039 (RJL)<br>ECF |

## **PROPOSED ORDER**

UPON CONSIDERATION of the Defendants' Motion for an Enlargement of Time Within Which To Answer, Move, or Otherwise Respond, the entire record herein, and for good cause shown, it is this ____ day of _____, 2010.

ORDERED that the deadline for Defendants to answer, move, or otherwise respond is hereby extended to March 15, 2010.

SO ORDERED.                                   _____
                                              United States District Judge