UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juan Antonio Vazquez, in pro se ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:10-CV-00039-RJL |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, et al. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

I, Juan Antonio Vazquez ("Plaintiff") respectfully request that this Court take judicial notice of the following adjudicative facts, pursuant Rule 201(b) of the Federal Rules of Evidence.

Each of the following items listed herein is a proper subject for judicial notice because it it capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned, to wit:

1. United States of America v. Juan Antonio Vazquez, 2007 U.S. Dist. LEXIS 18882 Case No. 2:06-cr-196 TC. See Declaration of Juan Antonio Vazquez ("Vazquez's Decl.") at ¶8.

2. United States v. Vazquez, 555 F.3d 923 (10th Cir. 2009). Vazquez's Decl. ¶8.

3. Cedar Communication Call Detail Report (Call=91). Dated June 12, 2006. Vazquez's Decl. ¶10.

Dated this 6th day of January, 2012

Respectfully Submitted,

*Juan A. Vazquez*

Juan Antonio Vazquez, in pro se
Register Number 13510-081 G-Unit
Federal Correctional Institution
Post Office Box 7000
Texarkana, Texas 75505-7000

RECEIVED
Mail Room

2 2012